Case 1:26-cv-04584-CM Document 24 Filed 09/10/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KENDRA RIDDLEBERGER**
Phone: (212) 356-4377
kriddleb@law.nyc.gov

September 10, 2026

**BY ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007

OK – conference adjourned pending decision on motion. Briefing schedule is fine

Colleen McMahon 9/11/2026

Re: *A.A., et al. v. New York City Department of Education, et al.*, 26-cv-04584 (CM)

Dear Judge McMahon:

I am the Assistant Corporation Counsel representing the Defendants in the above-referenced matter. I write jointly with Plaintiff's counsel to request an extension of time for Plaintiff to submit a response to Defendants' pending motion to dismiss and an extension of time for Defendants to submit a reply. This is the Parties' first such extension request. The Parties further request an extension of time to submit the case management plan, as well an adjournment of the Initial Conference. This is Defendants' third request for an extension of time to submit the case management plan and the Parties' first such request for an adjournment of the Initial Conference.

The Parties respectfully request the following briefing schedule:

Plaintiff's response to Defendants' motion to dismiss due on or before October 14, 2026.

Defendants' reply due on or before October 28, 2026.

The Parties further respectfully request that the date to submit the case management plan, currently due on September 14, 2026, and the Initial Conference, currently scheduled for October 1, 2026, be adjourned *sine die* given the Defendants' pending motion to dismiss. The Parties request these adjournments to allow the Parties to discuss a possible partial settlement of this matter and in the interest of judicial economy.

Case 1:26-cv-04584-CM Document 24 Filed 09/10/26 Page 2 of 2

The Parties thank the Court for its consideration in this matter.

Respectfully,

/s/ *Kendra Elise Riddleberger*
KENDRA ELISE RIDDLEBERGER
*Assistant Corporation Counsel*

CC: (via ECF) all counsel of record